No. 73–116. ROCKS *v.* UNITED STATES, *ante,* p. 1044. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 73–394. MORGAN *v.* AUTOMOBILE MANUFACTURERS ASSN., INC., ET AL., *ante,* p. 1045. Petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

JANUARY 21, 1974

No. 73–668. FIELDS *v.* ASKEW, GOVERNOR OF FLORIDA, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS dissents from dismissal of appeal. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction.